| AO-10 (WP)<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br>SHADUR, MILTON I. | 2. Court or Organization<br>U.S. District Court<br>Northern District of Illinois | 3. Date of Report<br>April 18<br>2005 |
| --- | --- | --- |
| 4. Title *(Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)*<br>U.S. District Judge<br>Senior status | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final | 6. Reporting Period<br>January 1 to<br>December 31, 2004 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| ☐ NONE (No reportable positions.) | |
| 1. Life trustee | Ravinia Festival Ass'n (not for profit) |
| 2. Partner | Partnerships (investments only – no services) |
| 3. | [Pt VII, page 1, line 5; Pt.VII, page 2, line 2) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| | | |
| --- | --- | --- |
| 1. | | |
| 2. | Travelers Ins. Co. (monthly annuity from | Gross $448.08 |
| 3. | matured life insurance policy | (taxable $310.56) |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

| | | |
| --- | --- | --- |
| 1. | | |
| 2. | | |

RECEIVED 2005 APR 26 A 11: 22 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR, MILTON I. | April 18 2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | ABA Section on Litigation | Maui, Hawaii Jan. 8-11. Faculty member at |
| 3 | | midwinter meeting. Transportation, hotel + meals |
| 4 | ALI-ABA | New York, N.Y. Dec 2-4. Faculty member at |
| 5 | | seminar (Advanced Study on the Rules of |
| 6 | | Evidence). Transportation, hotel + meals |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | | P3=25,000,001-50,000,000 | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

SHADUR, MILTON I.

Date of Report

April 18 2005

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | *Unless otherwise specified, all listed items are shares of common stock* | | | | | | | | |
| 1 Wyeth | B | div | M | T | | | | | |
| 2 BP PLC (Formerly BP Amoco p.l.c.) | A | div | K | T | | | | | |
| 3 Bell South | A | div | K | T | | | | | |
| 4 Consolidated Edison | B | div | K | T | | | | | |
| 5 First Bank Club (Chicago) limited partnership | G | pshp in comm | J | Negative ( ) | | | | | |
| 6 Exxon-Mobil | B | div | L | T | | | | | |
| 7 Bank One IRAs CDs | C | cash distn | L | T | | | | | |
| 8 Bank One checking acct | A | int | J | T | | | | | |
| 9 Grant Hospital (bond) Chicago | A | int | J | T | | | | | |
| 10 IBM | A | div | K | T | | | | | |
| 11 Scudder Money Market Fund | D | div | O | T | | | | | |
| 12 Lockheed - Martin | B | div | M | T | | | | | |
| 13 Northrop - Grumman | B | div | L | T | | | | | |
| 14 Pinnacle West | A | div | J | T | | | | | |
| 15 Burlington Northern Santa Fe | A | div | J | T | | | | | |
| 16 Skyline Industries | B | div | K | T | | | | | |
| 17 Marathon Oil | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S= ssessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHABUR, MILTON E. | April 18 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Walgreens | B | div | N | T | | | | | |
| 19 Wynnewood Apts (Pa) real estate partnership | C | distribs + interest | J | Negative ( ) | | | | | |
| 20 Condominium (Highland Park, Ill) 1996 - $216,000 | | none | M | R | | | | | |
| 21 EnCana | A | div | K | T | | | | | |
| 22 Fording Coal trust | A | div | J | T | | | | | |
| 23 Canadian Pacific Ry | A | div | J | T | | | | | |
| 24 CP Ships | A | div | J | T | | | | | |
| 25 Fairmont Hotels | A | div | J | T | | | | | |
| 26 Northwestern Mutual Life (whole life policies) | | none | M | U | | | | | |
| 27 Catellus Development | | none | N/A | | sell | 3/18 | J | B | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHADUR, MILTON I. | April 18, 2005 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _April 18, 2005_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544